JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CHRISTOPHER PATTERSON,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN DUFFY,<br><br>    Respondent. | Case No. CV 14-5984-VBF (KK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 12, 2015

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE